No. 77–983. WASHINGTON ET AL. *v.* WASHINGTON STATE COMMERCIAL PASSENGER FISHING VESSEL ASSN. ET AL.; and WASHINGTON ET AL. *v.* PUGET SOUND GILLNETTERS ASSN. ET AL. Sup. Ct. Wash.;

No. 78–119. WASHINGTON ET AL. *v.* UNITED STATES ET AL.; C. A. 9th Cir.; and

No. 78–139. PUGET SOUND GILLNETTERS ASSN. ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON (UNITED STATES ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. [Certiorari granted, 439 U. S. 909.] Motions of Pacific Legal Foundation, American Institute of Fishery Research Biologists, and Northwest Steelhead & Salmon Council of Trout Unlimited, for leave to file briefs as *amici curiae* granted.

No. 78–309. TOUCHE ROSS & CO. *v.* REDINGTON, TRUSTEE, ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 979.] Motions of petitioner and respondents for additional time for oral argument denied. Alternative motion for divided argument granted.

No. 78–329. BELLOTTI, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL. *v.* BAIRD ET AL.; and

No. 78–330. HUNERWADEL *v.* BAIRD ET AL. D. C. Mass. [Probable jurisdiction noted, *ante,* p. 925.] Motion of Legal Defense Fund for Unborn Children for leave to file a brief as *amicus curiae* denied. Motions of Americans United for Life, Inc., et al., Catholic League for Religious and Civil Rights et al., and United States Catholic Conference for leave to file briefs as *amici curiae* granted.

No. 78–479. EDMONDS *v.* COMPAGNIE GENERALE TRANSATLANTIQUE. C. A. 4th Cir. [Certiorari granted, *ante,* p. 952.] Motion of National Association of Stevedores for leave to file a brief as *amicus curiae* granted. Joint motion of respondent and American Export Lines, Inc., et al. as *amici curiae* for additional time for oral argument denied.